1  Anne Rowe
2  723 E Sunnyslope Ln
3  Phoenix, Arizona 85020
4  602.423.5713

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JAN 24 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S DEPUTY

6  In The United States District Court
7  For The District of Arizona

9  Anne Rowe,
10      Plaintiff,
11  vs.                           CIV'11 0157 PHX FJM
12  Maricopa County Library       Complaint
13  District,
14      Defendant

16  For its Complaint against Defendant, Plaintiff Anne Rowe
17  alleges as follows:

## Jurisdiction

20  1. Defendant Maricopa County Library District is an
21  agency of Maricopa County.
22  2. Maricopa County Library District currently is seeking
23  Judicial Review of Administrative Decision in the Superior
24  Court of the State of Arizona.
25  3. U.S. Equal Employment Opportunity Commission gave
26  Plaintiff Anne Rowe a right to file a lawsuit in federal court.

## Complaint

28  Plaintiff Anne Rowe was employed by Maricopa County

1  ANNE ROWE
2  723 E Sunnyslope Ln
3  Phoenix, Arizona 85020
4  602.423.5713

6  Library District since May, 1989. Defendant Maricopa County
7  Library District terminated Plaintiff Anne Rowe on September
8  2, 2009 while Plaintiff was on medical leave.
9  Plaintiff Anne Rowe appealed this termination to the Maricopa
10 County Employee Merit Commission and the Commission
11 upheld the Plaintiff's appeal on May 12, 2010.
12 Defendant Maricopa County Library District requested a
13 Judicial Review of Administrative Decision in the Superior
14 Court of the State of Arizona in August of 2010.
15 The Superior Court of the State of Arizona has not
16 made a decision on this case, No. LC2010-000624-001
17 at the time of filing this complaint.

18 **Demand**
19 Plaintiff Anne Rowe prays for relief against Defendant
20 as follows:
21   A. For an award in the amount of $750,000.00
22   B. For other such relief as this Court deems
23      just and proper.

25 Respectfully Submitted this 24th day of January, 2011
26                    By: Anne Rowe
27                    ANNE ROWE
                      723 E Sunnyslope Ln.
28                    Phoenix, Arizona 85020
                      602.423.5713